IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERRY L. RANSON,**
**D.O.C. # 114511,**

    Plaintiff,

v.                                    Case No. 4:25cv106-MCR-MAF

**JULIAN FRANCO, et al.,**

    Defendants.
_____/

**ORDER**

The Magistrate Judge issued a Report and Recommendation dated May 23, 2025. *See* ECF No. 9. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted. This case is **DISMISSED** for failure to prosecute and comply with Court Orders.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** for failure to prosecute and comply with Court Orders.

3. The Clerk of Court is directed to enter judgment and close the case file.

**DONE AND ORDERED** this 24th day of July 2025.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**